**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2026

**By ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. Respondents' *de minimis* delay does not prejudice Petitioner. The Court accepts Respondents' opposition brief as timely filed.

Dated: August 11, 2026
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Sheriff v. Arteta*, No. 26-cv-6230 (JLR)

Dear Judge Rochon:

This Office represents the government in this habeas corpus action. The government's deadline to respond to the petition was August 10. ECF No. 8. While I timely filed the government's "return" (which contained the record of proceedings for the challenged bond hearing) at 9:38 p.m. on August 10, I did not file the government's memorandum of law in opposition until 12:40 a.m. on August 11, *i.e.*, 41 minutes late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's memorandum of law (ECF No. 10) is deemed timely filed. Petitioner's counsel stated that he cannot consent, because "Petitioner has stated that I should not agree to anything of this sort that gives your office any sort of advantage or leeway."

The filing was delayed primarily due to personal issues. I unexpectedly fell ill on Thursday evening, and I remained home on Friday and through the weekend trying to rest and recover. On Monday, I returned to the office, where I worked on the government's brief, while also attending to my supervisory duties given that several other habeas briefs were also due that day and the next. I continued to work on the government's brief in the evening, but felt unwell and developed a severe headache, which ultimately led to the delay in the timely completion and filing of the government's brief. I apologize to the Court and Petitioner for the delay in the filing of the government's brief. I strived to meet the deadline notwithstanding feeling unwell, and I did not expect to feel even worse in the evening. This is the government's second request for an extension in this case. The government would not object to extending Petitioner's reply deadline given the delayed filing.

I again apologize to the Court and Petitioner for the delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. (212) 637-2743

cc: Counsel of Record (by ECF)