**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AKEEM SHERIFF,

Petitioner,

-against-

PAUL ARTETA, Sheriff, Orange County Correctional Facility; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, U.S. Attorney General,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 6230 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 18, 2026, the Petition is GRANTED in part and DENIED in part. Petitioner's requests for immediate release and for this Court to hold a bond hearing are denied. By August 25, 2026, the immigration court must hold a supplemental bond hearing to determine what, if any, alternatives to detention would effectively mitigate Petitioner's danger to the community without unduly restricting Petitioner's liberty. Although Petitioner may identify such alternatives at the bond hearing, the burden of proof remains on Respondents to establish by clear and convincing evidence that those alternatives are insufficient to mitigate danger to the community. If the immigration court does not hold such a hearing by that date, Respondents must release Petitioner.

**DATED:** New York, New York
August 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**